No. 236. WAY *v.* NIERSTHEIMER, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 243. JONES *v.* STEWART, JUDGE, ET AL. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Indiana denied.

No. 245. SMITH *v.* RAGEN, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 255. COLWELL *v.* EPSTEIN ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.

No. 256. LEIMER *v.* HULSE ET AL. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Walter A. Leimer, pro se. Messrs. Roscoe P. Conkling* and *Frank W. Hayes* for respondents.

No. 269. NESSELROTTE *v.* UNITED STATES; and
No. 270. BLACK *v.* UNITED STATES. October 9, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. D. Bell* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *Leon Ulman* for the United States.